UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAED HAMMAD, | ) | CIVIL ACTION NO. 4:20-CV-568 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| KILOLO KIJAKAZI,[1] | ) | |
| Defendant | ) | |

## ORDER

In accordance with the accompanying Memorandum, it is hereby ORDERED that:

(1)    The final decision of the Commissioner is VACATED.

(2)    This matter is REMANDED to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

(3)    Final judgment is entered in favor of Saed Hammad.

(4)    The Clerk of Court is DIRECTED to CLOSE this case.

Date: July 27, 2021

BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021.  She is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d).  *See also* Section 205(g) of the Social Security Act, 42 U.S.C. §405(g) (action survives regardless of any change in the person occupying the office of Commissioner of Social Security).  The caption in this opinion is amended to reflect this change.